Michael E. Piston
Blaine Coleman
Piston & Carpenter P.C.
4000 Livernois, Suite 110
Troy, MI  48098
(248) 524-1936

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| HARSHADBHAI PATEL and DIPTI PATEL,<br><br>            Plaintiffs,<br><br>     vs.<br><br>JANET NAPOLITANO, Secretary of Homeland Security, MICHAEL AYTES, Acting Deputy Director, United States Citizenship and Immigration Services, F. GERARD HEINAUER, Director of the United States Citizenship and Immigration Services' Nebraska Service Center and VINCENT CLAUSEN, Detroit Field Office Director for the Immigration and Customs Enforcement Agency<br><br>            Defendants | COMPLAINT<br><br>Case No. |

## DESCRIPTION OF ACTION

COMPLAINT - 1                                                                 Piston & Carpenter P.C.
                                                                                                  4000 Livernois
                                                                                                      Ste 110
                                                                                                 Troy, MI 48098
                                                                                                 (248)524-1936
                                                                                              michael@piston.net

1. This complaint is brought by plaintiffs HARSHADBHAI PATEL, alien registration number A075 415 656, and DIPTI PATEL, alien registration number A098 837 761, his wife, against the Defendants to compel action on the applications for lawful permanent resident status (the "applications") properly filed by both the Plaintiffs with the United States Citizenship and Immigration Services, and on the petition for immigrant worker (the "petition") filed upon behalf of Mrs. Patel by her prospective employer, and to prevent them from intentionally defaulting on their duty to adjudicate HARSHADBHAI PATEL's application for adjustment of status by the simple expedient of removing him from the United States prior to its completion.

## JURISDICTION

2. This Court has jurisdiction over this action under 28 U.S.C. § 1331 in that it arises under the Immigration and Nationality Act, the Mandamus Act and the Administrative Procedure Act, all laws of the United States.

COMPLAINT - 2

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

## DESCRIPTION OF PARTIES

3. The plaintiff, HARSHADBHAI PATEL, is a citizen of India, who resides in Clinton Township, Macomb County, Michigan.

4. The plaintiff, DIPTI PATEL, is a citizen of India, who resides in Clinton Township, Macomb County, Michigan.

5. The defendant, JANET NAPOLITANO, is the Secretary of Homeland Security, and resides in the District of Columbia.

6. The defendant, MICHAEL AYTES, is the Acting Deputy Director and the person in charge of the United States Citizenship and Immigration Services (the "USCIS"), the agency within the Department of Homeland Security which adjudicates applications for adjustment of status to permanent resident and petitions for immigrant workers. He resides in the District of Columbia.

7. The defendant, F. GERARD HEINAUER, is the Director of the United States Citizenship and Immigration Services' Nebraska Service Center, where the plaintiffs' applications and petition were filed. He resides in the State of Nebraska.

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

8. The defendant, VINCENT CLAUSEN, is the Detroit Field Office Director for the Immigration and Customs Enforcement Agency, the agency within the Department of Homeland Security that enforces removal orders, and a resident of the state of Michigan.

## FACTUAL NARRATIVE

9. Harshadbhai Patel arrived in the United States on August 6, 2001 without a visa and was initially taken into custody. However, following a finding that he had a credible fear of returning to India, he was paroled into the United States on August 13, 2001.

10. On September 29, 2004, Guru Godad Krupa Coporation d/b/a Dunkin' Donuts, filed its Petition for Alien Worker, form I-140 to classify DIPTI PATEL as a skilled worker under 8 U.S.C. § 1153(b)(2) with the USCIS's Nebraska Service Center (NSC). This petition was assigned a file no. of LIN0426551392.

11. On June 29, 2005, DIPTI PATEL filed an application for

COMPLAINT - 4

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

adjustment of status on form I-485 (file no. LIN052251763) with the NSC, seeking to adjust her status in the U.S. to that of permanent resident on the basis of the above petition.

12. On January 3, 2007, HARSHADBHAI PATEL filed an application for adjustment of status on form I-485 (file no. LIN0707550974) with the NSC, seeking to adjust his status in the U.S. to that of permanent resident under 8 U.S.C. § 1153(d), as following to join his wife, DIPTI PATEL.

13. This application was filed pursuant to 8 U.S.C. § 1255(i), a provision of law which permitted certain foreign nationals to adjust their status in the U.S., despite their lack of legal status in this country, upon payment of an additional penalty fee of $1000.

14. This application was also filed pursuant to newly promulgated regulations expressly intended to permit certain "arriving aliens", such as HARSHADBHAI PATEL, to apply for adjustment of status with USCIS even if they were under removal proceedings or, indeed,

COMPLAINT - 5                                    Piston & Carpenter P.C.
                                                  4000 Livernois
                                                  Ste 110
                                                  Troy, MI 48098
                                                  (248)524-1936
                                                  michael@piston.net

even if they had been ordered removed from the United States. See 71 Fed Reg. 27585, 27591(May 12, 2006).

15. This regulation was adopted by the Department of Homeland Security in response to a series of judicial decisions holding that its prior regulatory prohibition preventing arriving aliens in removal proceedings from applying for adjustment of status was contrary to the express intent of Congress in enacting 8 U.S.C. § 1255(a) to permit foreign nationals such as HARSHADBHAI PATEL who were paroled into the United States, from adjusting status in this country. See 71 Fed Reg. 27585, 27587(May 12, 2006), *Scheerer v. U.S. Atty. Gen.*, 445 F.3d 1311 (11th Cir. 2006); *Bona v. Gonzales*, 425 F.3d 663 (9th Cir. 2005); *Zheng v. Gonzales*, 422 F.3d 98 (3d Cir. 2005); *Succar v. Ashcroft*, 394 F.3d 8 (1st Cir. 2005).

16. As of July 16, 2009, the NSC stated its processing time frame for forms I-140 for skilled workers was four (4) months, and that it was adjudicating employment based forms I-485 it received on September 8, 2007.

COMPLAINT - 6

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

17. However, although a form I-140 was filed on DIPTI PATEL's behalf over 4 ½ years ago, and both DIPTI PATEL and HARSHADBHAI PATEL's employment based forms I-485 had been filed long before September 8, 2007, still as of today no decision has been made on either the form I-140 filed upon behalf of DIPTI PATEL, nor her or her husband's forms I-485.

18. DIPTI PATEL's application for adjustment of status cannot be approved unless and until the petition for immigrant worker filed upon her behalf is approved.

19. HARSHADBHAI PATEL's application for adjustment of status cannot be approved unless and until DIPTI PATEL's application for adjustment of status is approved.

20. On December 18, 2006, a final order of removal was issued by the Board of Immigration Appeals against HARSHADBHAI PATEL, ordering him removed under 8 U.S.C. § 1182(a)(7)(A)(i)(I) as an immigrant without a valid immigrant visa or entry document.

21. On July 27, 2009 HARSHADBHAI PATEL was arrested by officers acting under the authority of JANET NAPOLITANO and her subordinate, VINCENT CLAUSEN, pursuant to said removal order.

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

22. HARSHADBHAI PATEL is currently being held in the custody of the Calhoun County Sheriff, in Battle Creek, Michigan, facing imminent removal from the United States pursuant to said removal order.

23. HARSHADBHAI PATEL's removal from the United States will be deemed an abandonment of his application for adjustment of status, resulting in a denial of the application. 8 C.F.R. § 245.2(a)(4)(ii)(A).

24. If HARSHADBHAI PATEL is removed from the United States pursuant to said order, he will be inadmissible to the United States for ten (10) years. 8 U.S.C. § 1182(a)(9)(A).

## COUNT I

25. The Defendants JANET NAPOLITANO, MICHAEL AYTES, F. GERARD HEINAUER, each an officer or employee of the United States, each owe a duty to HARSHABHAI PATEL and DIPTI PATEL to adjudicate their applications for adjustment of status within a reasonable period of time, and to DIPTI PATEL to adjudicate the

COMPLAINT - 8

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

petition for immigrant worker filed upon her behalf within a reasonable time. 5 U.S.C. § 555(b).

26.  The time in which these applications and petition have been pending with defendants JANET NAPOLITANO, MICHAEL AYTES, and  F. GERARD HEINAUER, is well beyond that which is reasonably require to adjudicate it, as evidenced by the fact that they are well beyond the processing time frames publicly reported by F. GERARD HEINAUER for similar applications and petitions.

27. This Court has authority under 28 U.S.C. § 1361 to compel an officer or employee of the United States to perform a duty owed to HARSHADBHAI PATEL and DIPTI PATEL.

28. This Court also has authority under 5 U.S.C. § 706(1) to compel agency action unlawfully withheld or unreasonably delayed.

29. A "reasonable time" under the circumstances of this petition would be the later of the normal processing times for such

COMPLAINT - 9

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

applications and petition as announced by the agency, and a date at least 30 days prior to HARSHADBHAI PATEL's removal from the United States.

30. WHEREFORE it is respectfully requested that the Court compel defendants JANET NAPOLITANO, Secretary of Homeland Security, MICHAEL AYTES, Acting Deputy Director of the United States Citizenship and Immigration Services, F. GERARD HEINAUER, Director, United States Citizenship and Immigration Services' Nebraska Service Center to adjudicate HARSHADBHAI PATEL and DIPTI PATEL's applications for adjustment of status and the petition for immigrant worker filed upon DIPTI PATEL's behalf at as soon as reasonably possible and, in any event, no later than 30 days prior to the removal of HARSHADBHAI PATEL from the United States.

## COUNT II

31. JANET NAPOLITANO, as Secretary of Homeland Security, has an obligation to adjudicate all applications for adjustment of status properly filed with her.

COMPLAINT

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

32. By removing HARSHADBHAI PATEL from the United States, causing his application for adjustment of status to be abandoned, JANET NAPOLITANO is intentionally defaulting upon her obligation to adjudicate his application for adjustment of status.

33. The grant of HARSHADBHAI PATEL's application for adjustment of status will render him no longer removable from the United States. *Matter of Rainford*, 20 I & N Dec. 598 (BIA 1992).

34. Further, JANET NAPOLITANO's removal of HARSHADBHAI PATEL prior to the adjudication of his application for adjustment of status would be in clear derogation of Congress's intent, as manifest in the plain language of 8 U.S.C. § 1255(a)(3), that foreign nationals, such as HARSHADBHAI PATEL, who are paroled into the United States, should have the opportunity to apply for adjustment of status in this country and, necessarily, have a decision made on those applications before those applications are mooted by the applicants' removal.

COMPLAINT - 11                                              Piston & Carpenter P.C.
                                                            4000 Livernois
                                                            Ste 110
                                                            Troy, MI 48098
                                                            (248)524-1936
                                                            michael@piston.net

35. WHEREFORE it is respectfully requested that this Court Order JANET NAPOLITANO, Secretary of Homeland Security and all of her agents and employees including, but not limited to, VINCENT CLAUSEN, Detroit Field Office Director for the Immigration and Customs Enforcement Agency, restrained from removing HARSHADBHAI PATEL from the United States until at least thirty (30) days after a final decision has been made to deny HARSHADBHAI PATEL's application for adjustment of status.

## COUNT III

36. HARSHADBHAI PATEL's removal from the United States would, by virtue of causing the abandonment of his application for adjustment of status, deprive this Court over jurisdiction of this action in so far as it relates to Mr. Patel.

37. The U.S. District Courts have the authority to "issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law." 28 U.S.C. § 1651(a).

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

38. The All Writs Act must be "directed at conduct which, left unchecked, would have had the practical effect of diminishing the court's power to bring the litigation to a natural conclusion." *ITT Community Dev. Corp. v. Barton*, 569 F.2d 1351, 1359 (5th Cir. 1978)(footnote omitted).

39. Since Mr. Patel's removal would in fact eliminate any power of this Court to bring this litigation to a conclusion on any basis except a dismissal for mootness, the issuance of an Order by this Court prohibiting Mr. Patel's removal from the United States is fully authorized by the All Writs Act.

40. WHEREFORE it is respectfully requested that JANET NAPOLITANO, Secretary of Homeland Security, and all of her agents and employees, including, but not limited to, VINCENT CLAUSEN, Detroit Field Office Director for the Immigration and Customs Enforcement Agency, be ordered by this Court not to remove HARSHADBHAI PATEL from the United States during the pendency of this action.

Respectfully submitted,

Dated this 30th day of July, 2009

COMPLAINT - 13

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

<u>s/Michael E. Piston</u>

Michael E. Piston P34568
Piston & Carpenter P.C.
4000 Livernois Road, Ste. 110
Troy, MI 48098
(248)524-1936 telephone
(248) 680-0627 facsimile
michael@piston.net

COMPLAINT - 14

Piston & Carpenter P.C.
4000 Livernois
Ste 110
Troy, MI 48098
(248)524-1936
michael@piston.net